UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

   Kathleen Sullivan,                               Chapter 13
                                                       Case No. 07-54712
                   Debtor(s)                      Hon. Thomas J. Tucker
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR INCLUSION ON MATRIX

TO:   Clerk of the Court                 Michael DiLaura
                                                    105 Case Avenue
                                                    Mt. Clemens, MI 48043

                                                    Tammy Terry
                                                    535 Griswold, Suite 2100
                                                    Detroit, Michigan 48226

      Please enter the Appearance of McKelvie DeLuca P.C. as counsel for DCFS Trust, P. O. Box 225, Royal Oak, Michigan 48068 in the above Chapter 13 case. Please add our office to the matrix and forward to us copies of all notices in these proceedings and all papers served or required to be served in these proceedings at the following address: McKelvie DeLuca, P.C., 280 West Maple Road, Suite 300, Birmingham, Michigan 48009.

                                      Respectfully submitted,

                                      McKELVIE DeLUCA, P.C.


                                      By:    /s/ Charles L. McKelvie
                                                Charles L. McKelvie (P27782)
                                                Rita A. McKelvie (P46023)
                                                Kellie C. Arman Schone (P63929)
                                                Jayson M. Macyda (P64733)
                                                Attorneys for Creditor
                                                280 West Maple Road, Suite 300
                                                Birmingham, Michigan 48009
                                                (248) 952-5100
                                                bkattys@mckelviedeluca.com

Date: August 15, 2007