UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

    Kathleen Sullivan

        Debtor(s)                 Chapter 13
                                         Case No. 07-54712
                                         Hon. Thomas J. Tucker

_____/

## DCFS TRUST'S WITHDRAWAL OF
## OBJECTIONS TO CONFIRMATION OF PLAN

**NOW COMES** DCFS Trust ("Creditor"), by and through its attorneys, McKelvie DeLuca, P.C., and states that it hereby withdraws its Objections to Confirmation of Plan filed on October 2, 2007.

                                         Respectfully submitted,

                                         McKELVIE DeLUCA, P.C.

                                        By:    /s/ Charles L. McKelvie
                                                 Charles L. McKelvie (P27782)
                                                 Rita A. McKelvie (P46023)
                                                 Kellie C. Arman Schone (P63929)
                                                 Jayson M. Macyda (P64733)
                                                 Attorneys for Creditor
                                                 280 West Maple Road, Suite 300
                                                 Birmingham, Michigan  48009
                                                 (248) 952-5100
                                                 bkattys@mckelviedeluca.com

Date:   October 11, 2007