Form ntc1213clwd

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **07−54712−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Kathleen Sullivan
   22010 Lakeview
   Saint Clair Shores, MI 48080

Social Security No.:
   xxx−xx−1905

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 12 OR 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

- ☑ Debtor has Failed to comply with the Local Form Certification Regarding Domestic Support Obligations.

Dated: 12/6/10

                    BY THE COURT

                    Katherine B. Gullo , Clerk of Court
                    UNITED STATES BANKRUPTCY COURT